JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON L. H., | ) | CASE NO. CV 20-10807-AGR |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 31, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge